ACCEPTED
02-17-00272-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 4:09 PM
DEBRA SPISAK
CLERK

**No. 02-17-00272-CR**
**SECOND COURT OF APPEALS FORT WORTH**

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 4:09:48 PM
DEBRA SPISAK
Clerk

*RICARDO LUCIO SILVA V. THE STATE OF TEXAS*

-------------------------------

## MOTION FOR ORAL ARGUMENT

Now comes Ricardo Lucio Silva, Appellant in the above styled and numbered cause, and moves this Court to grant oral argument in this matter. This motion is made according to Rule 39.1 of the Texas Rules of Appellate Procedure and for good cause appellant shows the Court the following:

Application of Rule 39.1, under the facts and circumstances of this case as set forth within the trial record demonstrate that oral argument is not unnecessary: (a) the appeal is not frivolous; (b) the dispositive issue or issues have not been authoritatively decided; (c) the facts and legal arguments, while presented in the briefs and record entail substantial content and briefing. As a result, Appellant believes (d) the decisional process would be aided by oral argument.[1]

---

[1] Tex. R. App. Proc. 39.1 (2016)

This appeal presents an important issue concerning the unlawful detention of Appellant by an officer who saw no illegal conduct prior to the detention. Appellant believes oral argument would aid this Court in reaching a just conclusion.

**PRAYER FOR RELIEF**

**WHEREFORE, PREMISES CONSIDERED,** Appellant makes this prayer that this request be granted and that oral argument be granted.

Respectfully submitted,

Benjamin E. Hoover
The Nix Law Firm
1401 Holliday, Suite 400
Wichita Falls, Texas 76301
Tel 940.322.9200
Fax 940.228.3233
bhoover@thenixlawfirm.com

By: /s/ Benjamin E Hoover
Benjamin E. Hoover
State Bar No. 24052682
Attorney for Appellant

**CERTIFICATE OF CONFERENCE**

The State has indicated it does not seek oral argument in this matter.

**CERTIFICATE OF SERVICE**

On the 25th day of May, 2018, a copy of the foregoing document was served upon the following parties by electronic service and the transmission was reported as complete:

Jennifer Ponder

Wichita County District Attorney's Office

900 7th Street

Wichita Falls, Texas 76301

*jennifer.ponder@co.wichita.tx.us*

<u>/s/ Benjamin E. Hoover</u>

Benjamin E. Hoover
